# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TEXAS PATENT IMAGING, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00358-JRG |
| vs. | § § | LEAD CASE |
| LEICA CAMERA, INC. et al | § § | |
| Defendant. | § § | |
| TEXAS PATENT IMAGING, LLC | § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00356-JRG |
| vs. | § § | CONSOLIDATED CASE |
| FUJIFILM HOLDINGS AMERICA CORP. | § § § | |
| Defendant. | § § | |

## **ORDER**

On this day the Court considered the Unopposed Motion to Dismiss Fujifilm Holdings America Corp.  It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 21st day of September, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE